# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE SCOTT,<br>an individual, | ) ) ) | |
| | ) | Case No.: 4:23-cv-02616 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FESTIVAL PROPERTIES, INC.,<br>a Texas Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE SCOTT, files this *Notice of Settlement* to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The Parties anticipate filing a *Joint Stipulation of Dismissal with Prejudice* within fourteen (14) days.

Dated: October 10, 2023

Respectfully Submitted,

By:   */s/ Brian T. Ku*
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
brian@kumussman.com

and

John K. Grubb

Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will forward a true and correct copy of such filing to all counsel of record.

By:   */s/ Brian T. Ku*
Brian T. Ku