United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LAWRENCE SCOTT, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02616 |
| | § | |
| FESTIVAL PROPERTIES, INC., | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 13. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 31st day of October, 2023.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE